# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Anderson et al.,<br><br>v.<br><br>Bayer HealthCare Pharmaceuticals Inc. et al.,<br><br>PLAINTIFF(S) / DEFENDANT(S). | CASE NUMBER<br><br>CV14-08276 BRO (VBKx)<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 14-03<br>(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

__October 31, 2014__         __Andrew J. Guilford__ /s/
Date                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____         _____
Date                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __SACV13-00141 AG (ANx)__ and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Victor B. Kenton__ to Magistrate Judge __Arthur Nakazato__.

On all documents subsequently filed in this case, please substitute the initials __AG (ANx)__ after the case number in place of the initials of the prior judge, so that the case number will read __CV14-08276 AG (ANx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [x] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (06/14)    **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**