```
 1  WALTER J. LACK (SBN 57550)
    RICHARD P. KINNAN (SBN 123170)
 2  ANN A. HOWITT (SBN 169497)
    TIMOTHY M. CLARK (SBN 284447)
 3  ENGSTROM, LIPSCOMB & LACK
 4  A Professional Corporation
    10100 Santa Monica Boulevard, 12th Floor
 5  Los Angeles, California  90067-4113
    Tel.: (310) 552-3800 / Fax: (310) 552-9434
 6
 7  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JENNIFER ANDERSON, et al., | Case No. CV14-08276 BRO (VBKx) |
|---|---|
| Plaintiffs | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS INC., et al., | Department:               308 |
| Defendants. | |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs, Jennifer Anderson, et al., have substituted Ann A. Howitt of Engstsrom, Lipscomb & Lack in place of Timothy C. Clark.

Dated: November 1, 2014

ENGSTROM, LIPSCOMB & LACK

By: /s/ Richard P. Kinnan
WALTER J. LACK
RICHARD P. KINNAN
Attorneys for Plaintiffs

395106

1

NOTICE OF SUBSTITUTION OF ATTORNEY

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1200, Los Angeles, California 90067-4107. On November 4, 2014, the foregoing document described as: **NOTICE OF SUBSTITUTION OF ATTORNEY** has been served on interested party(ies) in this action as follows:

**SEE ATTACHED MAILING LIST**

\_\_\_\_ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit. (**TO ALL NOTED ON SERVICE LIST**)

\_\_\_\_ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s) (**TO ALL NOTED ON SERVICE LIST**).

\_\_\_\_ (BY FEDERAL EXPRESS) I caused such envelope(s) to be delivered by FEDERAL EXPRESS to the offices of the addressee(s).(**TO ALL NOTED ON SERVICE LIST**)

\_X\_ BY E-MAIL/ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. (**TO ALL NOTED ON SERVICE LIST**)

\_X\_ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 4, 2014, at Los Angeles, California.

*/s/ Merlene Fletcher*
Merlene Fletcher

#394359

1

**PROOF OF SERVICE**

# SERVICE LIST

## *MIRENA LITIGATION*
### *Anderson, et al v. Bayer Healthcare Pharmaceuticals, Inc., et al*
### Los Angeles County Superior Court
### Case No. BC 526077

| | |
|---|---|
| Paul La Scala, Esq.<br>Tony Diab, Esq.<br>**SHOOK, HARDY & BACON LLP**<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614-2546<br>(949) 251-5100<br>F: (949) 251-5104<br>plascala@shb.com<br>tdiab@shb.com | **Attorneys for Defendants Bayer Healthcare Pharmaceuticals, Inc., Berlex Laboratories, Inc., Theracom, LLC. and CVS Caremark, Inc.** |

#394359

2

**PROOF OF SERVICE**