| | |
|---|---|
| 1 | Paul B. La Scala (SBN: 186939) |
| | plascala@shb.com |
| 2 | Tony M. Diab (SBN: 277343) |
| | tdiab@shb.com |
| 3 | SHOOK, HARDY & BACON L.L.P. |
| | Jamboree Center |
| 4 | 5 Park Plaza, Suite 1600 |
| | Irvine, CA 92614 |
| 5 | Tel: (949) 475-1500 |
| | Fax: (949) 475-0016 |
| 6 | |
| | Attorneys for Defendants |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JENNIFER ANDERSON; SUZETTE APREA; BERNICE AQUINO; BIANCA BAXTER; JENNIFER BENNINGFIELD; CANDICE BIRD; ELIZABETH BLAIR; STEPHANIE BOYKIN; MICHELLE CARLSON; SABRINA CARTER; IVORIE CHAMBERS; TONY A. CHRISTENSEN; EMILY CLAYTON; KENYA DAVIDSON; CHAINTY DAVIS; EBONY DAY; JAIME DRANE; ARACELY FAJARDO; JASMIN FERNANDEZ; TOKELEA FINCH; TERRIE FORD; ZEANA FREEMAN; CHARMAINE GRAY; DEMETRIS GRAY; LATISHA GRAY; ERICA HARDING; JANEL HETEL; CHELSEA HINDENACH; NERISA IRVING; SHEILA JOHNSON; TARIN KEENER; FALICIA KELLEY; HEATHER KRAUSE; ALMA KYLES; TYNISHA LOCKHART; AMANDA LONG; VALERIE MALDONADO; JAIME MARES; MARCIE MARTIN; SHARAE MASSENGALE; ALLISON MEADOWS; DONETTA MERITTE; SYLVIA MURRY; LISA NAVARINO; MARLIN OJEDA; CARA PAULS; SARAH QUALE; COURTNEY RICHARDSON; WENDY ROBERTS; BONNIE SEAY; KATRINA SHERROD; JESSICA SINSKY; ANTOINETTE SMITH; COREY SPARKS; TIFFANY STARKS; SONIA STEVENS; JANA TANNER; EDWINNA TAYLOR; BERENICE TORRES; CHASITY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 2:14-cv-08276-AG-ANx<br><br>Judge: Hon. Andrew J. Guilford<br>Dept.: 10D<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

6735903 V1

| | |
|---|---|
| WALLS; KAREN WARREN; LINDA WASH; SHEENA WASHINGTON; BRITTANY WILLIAMS; MARQUITA WILLIAMS; FRANCES YOUNG; and TERESA ZABALA,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC.; THERACOM, LLC; CVS CAREMARK, INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the voluntary dismissal of this action, including all claims, without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: January _7, 2015                         SHOOK HARDY & BACON L.L.P.


                                                By: */s/ Paul B. La Scala*
                                                        Paul B. La Scala
                                                        Tony Diab
                                                Attorneys for Defendants


Dated: January _7, 2015                         ENGSTROM, LIPSCOMB & LACK


                                                By: */s/ Richard P. Kinnan*
                                                        Richard P. Kinnan
                                                        Ann Howitt
                                                Attorneys for Plaintiffs

6735903 V1