| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Paul B. La Scala (SBN: 186939)<br>plascala@shb.com<br>Tony M. Diab (SBN: 277343)<br>tdiab@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA  92614<br>Tel:  (949) 475-1500<br>Fax:  (949) 475-0016<br><br>Attorneys for Defendants |

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ANDERSON; SUZETTE APREA; BERNICE AQUINO; BIANCA BAXTER; JENNIFER BENNINGFIELD; CANDICE BIRD; ELIZABETH BLAIR; STEPHANIE BOYKIN; MICHELLE CARLSON; SABRINA CARTER; IVORIE CHAMBERS; TONY A. CHRISTENSEN; EMILY CLAYTON; KENYA DAVIDSON; CHAINTY DAVIS; EBONY DAY; JAIME DRANE; ARACELY FAJARDO; JASMIN FERNANDEZ; TOKELEA FINCH; TERRIE FORD; ZEANA FREEMAN; CHARMAINE GRAY; DEMETRIS GRAY; LATISHA GRAY; ERICA HARDING; JANEL HETEL; CHELSEA HINDENACH; NERISA IRVING; SHEILA JOHNSON; TARIN KEENER; FALICIA KELLEY; HEATHER KRAUSE; ALMA KYLES; TYNISHA LOCKHART; AMANDA LONG; VALERIE MALDONADO; JAIME MARES; MARCIE MARTIN; SHARAE MASSENGALE; ALLISON MEADOWS; DONETTA MERITTE; SYLVIA MURRY; LISA NAVARINO; MARLIN OJEDA; CARA PAULS;SARAH QUALE; COURTNEY RICHARDSON; WENDY ROBERTS; BONNIE SEAY; KATRINA SHERROD; JESSICA SINSKY; ANTOINETTE SMITH; COREY SPARKS; TIFFANY STARKS; SONIA STEVENS; JANA TANNER; EDWINNA TAYLOR; BERENICE TORRES; CHASITY | Case No.: 2:14-cv-08276-AG-ANx<br><br>Judge:  Hon. Andrew J. Guilford<br>Dept.:  10D<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

6735913 V1

| | |
|---|---|
| WALLS; KAREN WARREN; LINDA WASH; SHEENA WASHINGTON; BRITTANY WILLIAMS; MARQUITA WILLIAMS; FRANCES YOUNG; and TERESA ZABALA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC.; THERACOM, LLC; CVS CAREMARK, INC. and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**IT IS HEREBY ORDERED**, pursuant to the Voluntary Stipulation of Dismissal Without Prejudice, that the above-captioned action is dismissed without prejudice.

Dated: January __8__, 2015

By: _____
　　Hon. Andrew J. Guilford

2

6735913 V1